JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:               541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE G. BISSMEYER,<br><br>     Plaintiff<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>     Defendant | Case No.  1:21-CV-00209-BAM<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to August 15, 2022, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has a very heavy briefing schedule due to the large number of administrative transcripts she is currently receiving.

**Bissmeyer v. Kijakazi**                    Stipulation and ~~Proposed~~ Order          E.D. Cal. 1:21-cv-00209-BAM

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: July 13, 2022

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  July 13, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

<u>ORDER</u>

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file her Opening Brief is GRANTED.  Plaintiff shall file an Opening Brief on or before August 15, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   __July 14, 2022__          ___/s/ *Barbara A. McAuliffe*___
                                     UNITED STATES MAGISTRATE JUDGE