1    PHILLIP A. TALBERT
     United States Attorney
2    PETER K. THOMPSON (HI 5890)
     Acting Regional Chief Counsel
3    MARGARET LEHRKIND, CSBN 314717
     Special Assistant United States Attorney
4          Social Security Administration
           160 Spear Street, Suite 800
5          San Francisco, CA 94105
           Telephone: (510) 970-4829
6          Facsimile: (415) 744-0134
     Attorneys for Defendant
7

8

9

10                  UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12                         FRESNO DIVISION

13

14                                              No. 1:21-cv-00209-BAM

15   DEBBIE G. BISSMEYER,

16              Plaintiff,                      STIPULATION AND ORDER FOR EXTENSION
                                                TO FILE DEFENDANT'S OPPOSITION TO
17   v.                                         PLAINTIFF'S OPENING BRIEF

18   KILOLO KIJAKAZI,
     Acting Commissioner of Social Security,
19
                Defendant.[1]
20
          IT IS HEREBY STIPULATED, by and between Debbie Bissmeyer (Plaintiff) and Kilolo
21
     Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective
22
     counsel of record, that, with the Court's approval, Defendant shall have an extension of time of
23
     forty-five (45) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first
24

25

26   _____
     [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to
27   Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore,
     for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit
28   by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

request for an extension on her Response to Plaintiff's Opening Brief.  The current due date is October 11, 2022. The new date will be November 25, 2022. All other deadlines will extend accordingly.

Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her very full briefing schedule.  Defendant's counsel has eighty-one other active cases in various stages of litigation, and 18 responsive briefs due in the next 30 days.  Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily.  Defendant apologizes to the Court for any inconvenience caused by this delay. Defendant's counsel contacted Plaintiff's counsel on September 9, 2022, and she had no objection to this request.

Respectfully submitted,

DATE: September 9, 2022                    */s/ Jacqueline Forslund*
                                          JACQUELINE FORSLUND
                                          Attorney for Plaintiff
                                          (as approved via email)

                                          PHILLIP A. TALBERT
                                          United States Attorney

DATE: September 9, 2022          By       *s/ Margaret Lehrkind*
                                          MARGARET LEHRKIND
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

2

1

<u>ORDER</u>

2

3        Pursuant to the parties' request, and for good cause shown, IT IS SO ORDERED that

4 Defendant shall have an extension, up to and including November 25, 2022, to respond to

5 Plaintiff's Motion for Summary Judgment. All other dates in the Court's Amended Scheduling

6 Order (Doc. No. 8.) shall be extended accordingly.

7 IT IS SO ORDERED.

8    Dated:  **September 12, 2022**        /s/ *Barbara A. McAuliffe*

9                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28