| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | PETER K. THOMPSON (HI 5890) |
| | Acting Regional Chief Counsel |
| 3 | MARGARET LEHRKIND, CSBN 314717 |
| | Special Assistant United States Attorney |
| 4 | Social Security Administration |
| | 160 Spear Street, Suite 800 |
| 5 | San Francisco, CA 94105 |
| | Telephone: (510) 970-4829 |
| 6 | Facsimile: (415) 744-0134 |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DEBBIE G. BISSMEYER,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.[1]

No. 1:21-cv-00209-BAM

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF

    IT IS HEREBY STIPULATED, by and between Debbie Bissmeyer (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of fourteen (14) days to file a Response to Plaintiff's Opening Brief. This is Defendant's second

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

request for an extension on her Response to Plaintiff's Opening Brief. The current due date is November 25, 2022. The new date will be December 9, 2022. All other deadlines will extend accordingly.

Good cause exists for this request. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by illness and her briefing schedule. Defendant's counsel was out of the office due to illness from November 2, 2022 through November 10, 2022, and fell behind on her briefing. She has sixty-seven other active cases in various stages of litigation, and 15 responsive briefs due in the next 30 days, including one Ninth Circuit answering brief. She also recently learned that she is assigned an oral argument scheduled before the Ninth Circuit on December 6, 2022. Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

WHEREFORE, Defendant requests until December 9, 2022, to deliver her response to Plaintiff's opening brief.

Respectfully submitted,

DATE: November 18, 2022          */s/ Jacqueline Forslund*
                                 JACQUELINE FORSLUND
                                 Attorney for Plaintiff
                                 (as approved via email)

                                 PHILLIP A. TALBERT
                                 United States Attorney

DATE: November 18, 2022    By    *s/ Margaret Lehrkind*
                                 MARGARET LEHRKIND
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

2

ORDER

Pursuant to stipulation, and cause appearing, Defendant's second request for an extension of time to file a response to Plaintiff's Opening Brief is GRANTED. Defendant shall file a response on or before December 9, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: __**November 18, 2022**__           /s/ *Barbara A. McAuliffe* _
                                                                    UNITED STATES MAGISTRATE JUDGE