# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE G. BISSMEYER,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,[1]<br><br>    Defendant. | Case No. 1:21-cv-0209 JLT BAM<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPEAL, AND AFFIRMING THE ADMINISTRATIVE DECISION<br><br>(Docs. 12, 17, 20) |

Debbie Bissmeyer seeks judicial review of the administrative decision denying her application for Social Security benefits. (Doc. 12.) The Commissioner asserted the decision of the ALJ should be affirmed. (Doc. 17.)

On January 30, 2023, the magistrate judge found the ALJ's decision was supported by substantial evidence in the record and was based upon the proper legal standards. (Doc. 20.) Therefore, the magistrate judge recommended the administrative decision be affirmed and Plaintiff's appeal be denied. (*Id.* at 19.) These Findings and Recommendations were served on the parties on January 30, 2023, and informed the parties that any objections were to be filed within fourteen days of service. (*Id.*) The parties were also advised "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

1

factual findings' on appeal." (*Id.* at 18-19, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed by either party, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(c), this Court performed a *de novo* review of the case.  Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 30, 2023 (Doc. 20) are **ADOPTED** in full.
2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security (Doc. 12) is **DENIED**.
3. The Commissioner's request to affirm the administrative decision (Doc. 17) is **GRANTED**.
4. The Clerk of the Court is directed to enter judgment in favor of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against Plaintiff Debbie G. Bissmeyer, and to close this case.

IT IS SO ORDERED.

Dated: __**February 17, 2023**__                             _____
                                                                                   UNITED STATES DISTRICT JUDGE